23233

The STATE, Respondent v. Thomas Lee O'LEARY, Appellant.
(393 S.E. (2d) 186)

Supreme Court

*Frederick I. Hall, III*, Lexington, *for appellant.*

*Atty. Gen. T. Travis Medlock* and *Asst. Attys. Gen. Harold M. Coombs, Jr.*, and *Norman Mark Rapoport*, Columbia, and *Sol. Donald V. Myers*, Lexington, *for respondent.*

Heard April 12, 1990.

Decided June 18, 1990.

CHANDLER, Justice:

Appellant, Thomas Lee O'Leary (O'Leary) pled guilty to driving under suspension (DUS) in violation of S.C. Code Ann. § 56-1-460 (Supp. 1989). The trial Court permitted O'Leary to condition his guilty plea upon the right to appeal

the constitutionality of S.C. Code Ann. § 56-1-360 (1976),[1] regarding notice to drivers whose licenses are suspended. This was error; we reverse.

Guilty pleas are unconditional and, if an accused attempts to attach any condition, the trial Court must direct a plea of not guilty. *State v. Truesdale*, 278 S.C. 368, 296 S.E. (2d) 528 (1982). It is, thus, impermissible for a defendant to preserve constitutional issues while entertaining a guilty plea; the trial Court may not accept the plea on such terms. *Id.*

We reverse and remand for new trial.

Reversed and remanded.

GREGORY, C.J., and HARWELL, FINNEY and TOAL, JJ., concur.

---

[1] This section was amended subsequent to O'Leary's plea by 198 No. 169, § 1, effective June 8, 1989. *See*, § 56-1-360 (Supp. 1989).